In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of the Public Park, etc., in the Borough of Queens, City of New York. Anna H.

Schlesinger and Others, Appellants.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with ten dollars costs and disbursements. No opinion.   Jenks P. J., Carr, Rich and Putnam, JJ., concurred.